ANDREW J. FORBES, *Respondent, v.* J. HENRY POWELL, *Appellant.*— Judgment of the County Court affirmed. *Held,* that the justice erred in overruling the objection made to the question put to the defendant as to the amount of damage he had sustained by the loss of the service of his horse, and that we cannot say that the testimony given in answer to the question did not harm the plaintiff. Also, that such error was sufficiently pointed out in the notice of appeal.

EDWARD BARTON and another, *Administrators, etc., Respondents, v.* CHARLES HOSNER and others, *Appellants.*— Motion for reargument denied.

BRIDGET LEONARD, *Respondent, v.* THE CITY OF WATERTOWN, *Appellant.*— Judgment and order affirmed.

GODFREY TALLINGER, *Respondent, v.* LODOWICK M. WOODEN, *Appellant.*— Judgment affirmed.

GEORGE A. SABEY, *Respondent, v.* JARED P. WHEELER, *Appellant.*— Order and judgment reversed.

THE PEOPLE *ex rel.* MARY WILL, *Respondent, v.* ELI T. BANGS and MARY E. BANGS, *Appellants.*— Motion for leave to appeal to the Court of Appeals granted on the ground that the case contains questions of law which ought to be reviewed by that court, and motion for reargument denied.

CHENEY BRACY, *Respondent, v.* WILLIAM O. GILE, *Appellant.*— Motion for reargument denied, with ten dollars costs.

J. FOREMAN WILKINSON, *Respondent, v.* THE SYRACUSE, CHENANGO AND NEW YORK RAILROAD COMPANY and others, *Appellants.*

WILBUR M. BROWN, *as sole Executor, etc., Respondent, v.* THE SYRACUSE, CHENANGO AND NEW YORK RAILROAD COMPANY and others, *Appellants.*—Order appealed from in each case reversed, and injunction order in each case vacated, with ten dollars costs in one action and disbursements in each action.

EMELINE S. HOBART, *Executrix, v* GEORGE H. HOBART, *Executor, etc., Respondent,* and DELOS A. BELLOWS, *Referee, Appellant.*— Motion for reargument and for leave to amend, etc., denied, with ten dollars costs.